UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CARLY A. VOLP, as Personal
Representative of the Estate of
KYLE ROBERT VOLP,

    Plaintiff,

vs.                                            CASE NO.:  3:18-cv-689-J-32JRK

ANDREW WILLIAM SASSER, as
an individual and NASSAU
COUNTY SHERIFF'S OFFICE, [Bill
Leeper, in his capacity as Sheriff of
Nassau County, Florida],

    Defendants.
_____/

## NCSO'S STATEMENT OF THE CASE

Carly A. Volp, as Personal Representative of the Estate of Kyle R. Volp, is bringing claims against former correctional officer, Andrew Sasser, and the Nassau County Sheriff's Office. Ms. Volp claims, on July 1, 2015, Andrew Sasser used unreasonable and unnecessary force on Mr. Volp while in his cell incarcerated at the Nassau County Jail. She claims the force used was excessive and violated Mr. Volp's constitutional rights under the Fourth and Fourteenth Amendments.

Ms. Volp further claims Mr. Sasser's actions amounted to a civil battery since they were unreasonable and unnecessary under the circumstances. Ms. Volp

is seeking a claim against the Nassau County Sheriff's Office for civil battery under a vicarious liability theory. Ms. Volp claims the Nassau County Sheriff's Office is responsible for Mr. Sasser's actions that constituted a civil battery.

Mr. Sasser denies liability and denies he owes the Plaintiff any damages. Mr. Sasser claims the force he used was reasonable and necessary under the circumstances.

The Nassau County Sheriff's Office denies liability and claims Mr. Sasser's actions were done in bad faith or with malicious purpose or in a manner exhibiting wanton and willful disregard of human rights, safety or property.

ANDREWS, CRABTREE, KNOX & LONGFELLOW, LLP

*/s/     Ramsey Revell*
Joe Longfellow, III (FL Bar #62225)
Ramsey Revell (FL Bar #115369)
1558-1 Village Square Boulevard
Tallahassee, Florida 32309
(850) 297-0090; Fax (850) 297-0219
jlongfellow@andrewscrabtree.com
rrevell@andrewscrabtree.com
jhunter@andrewscrabtree.com
mwise@andrewscrabtree.com
*Attorneys for Sheriff Bill Leeper*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been electronically filed and a true and correct copy of the foregoing has been furnished to all counsel of record via CM/ECF this 14th day of July 2021.

/s/   *Ramsey Revell*
Ramsey Revell