UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO:   3:18-cv-689-J-32JRK

CARLY A. VOLP, as Personal
Representative of the Estate of
KYLE ROBERT VOLP,

    Plaintiff,
v.

ANDREW WILLIAM SASSER, as an individual,
NASSAU COUNTY SHERIFF'S OFFICE
[Bill Leeper, in his capacity as Sheriff
of Nassau County, Florida],

    Defendant.
_____/

### PLAINTIFF'S PROPOSED BRIEF STATEMENT OF THE CASE

Plaintiff, CARLY A. VOLP, as Personal Representative of the Estate of KYLE ROBERT VOLP, by and through the undersigned attorney, hereby submits the following statement of the case:

> **This civil action arises from an incident that occurred on or about July 1, 2015, while Mr. Kyle Volp was under the custody and control of Defendant NASSAU COUNTY SHERRIFF'S OFFICE and placed in an individual cell as a "medical watch" inmate, in or near the booking section of the Nassau County Jail. When in such state, Co-Defendant and employee of Nassau County Sherriff's Office, ANDREW WILLIAM SASSER (Sasser), forcibly pushed Mr. Volp into a cinderblock wall twice and striking him with his knee, and punching him. As a result, Mr. Volp was permanently and seriously injured.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 15, 2021, a true and correct copy of the foregoing was electronically filed in the U.S. District Court, Middle District of Florida, Jacksonville Division, by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*s/ Nelson E. Sierra*
**MARTIN SITLER (FL Bar No.: 79075).**
**NELSON E. SIERRA (FL Bar No.: 124247)**
**RONALD E. SHOLES, P.A.**
4981 Atlantic Boulevard
Jacksonville, Florida 32207
Ph: 904-721-7575 Fax: 904-721-7474
Primary Email: **ronsholespa-team2-eservice@youhurtwefight.com**
Attorneys for Plaintiff