UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO:   3:18-cv-689-J-32JRK

CARLY A. VOLP, as Personal
Representative of the Estate of
KYLE ROBERT VOLP,

    Plaintiff,
v.

ANDREW WILLIAM SASSER, as an individual,
NASSAU COUNTY SHERIFF'S OFFICE
[Bill Leeper, in his capacity as Sheriff
of Nassau County, Florida],

    Defendant.
_____/

**PLAINTIFF'S DEPOSITION DESIGNATION FOR**
**ROBERT VOLP TAKEN ON JUNE 1, 2021**

Plaintiff, CARLY A. VOLP, as Personal Representative of the Estate of KYLE ROBERT VOLP, by and through the undersigned attorney, hereby submit their Robert Volp, June 1, 2021, trial preservation deposition designations for trial as follows:

| **BEGIN** | **END** | **OBJECTIONS** | **RULING** |
|---|---|---|---|
| P. 5, L. 8 | P. 10, L. 25 | | ____ Sustained <br><br> ____ Overruled |
| P. 12, L. 23 | P. 13, L. 9 | | ____ Sustained <br><br> ____ Overruled |
| P. 13, L. 15 | P. 13, L. 18 | | ____ Sustained <br><br> ____ Overruled |

| P. 14, L. 2 | P. 15 L. 24 | | ____ Sustained <br><br> ____ Overruled |
| --- | --- | --- | --- |
| P. 20, L. 14 | P. 25, L. 11 | | ____ Sustained <br><br> ____ Overruled |
| P. 25, L. 13 | P. 26, L. 9 | | ____ Sustained <br><br> ____ Overruled |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 15, 2021, a true and correct copy of the foregoing was electronically filed in the U.S. District Court, Middle District of Florida, Jacksonville Division, by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

    *s/ Nelson E. Sierra*_____
**MARTIN SITLER (FL Bar No.: 79075).**
**NELSON E. SIERRA (FL Bar No.: 124247)**
**RONALD E. SHOLES, P.A.**
4981 Atlantic Boulevard
Jacksonville, Florida 32207
Ph: 904-721-7575 Fax: 904-721-7474
Primary Email: **ronsholespa-team2-eservice@youhurtwefight.com**
Attorneys for Plaintiff