UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CARLY A. VOLP, as Personal
Representative of the Estate of
KYLE ROBERT VOLP,

    Plaintiff,

vs.                                      CASE NO.:  3:18-cv-689-J-32JRK

ANDREW WILLIAM SASSER, as
an individual and NASSAU
COUNTY SHERIFF'S OFFICE, [Bill
Leeper, in his capacity as Sheriff of
Nassau County, Florida],

    Defendants.
_____/

## SHERIFF LEEPER'S PROPOSED VERDICT FORM

We, the Jury, unanimously return the following verdict:

    1.    Did Andrew Sasser act outside the scope of his employment or function?

    YES ____        NO ____

    If your answer is "YES," skip Question 2 and 3 and proceed to Question 4. If your answer is "NO," proceed to Question 2.

    2.    Did Andrew Sasser act in bad faith, with malicious purpose, *or* in a manner exhibiting wanton and willful disregard for human rights or safety during his physical confrontation with Kyle Volp?

YES \_\_\_\_          NO \_\_\_\_

If your answer is "YES," skip Question 3 and proceed to Question 4. If your answer is "NO," proceed to Question 3.

3. Did Andrew Sasser intentionally use force in excess of what was reasonable or necessary against Kyle Volp?

YES \_\_\_\_          NO \_\_\_\_

If your answer is "YES," proceed to Question 4. If your answer is "NO," you should not proceed further except to date and sign this verdict form.

4. Did Andrew Sasser's conduct cause Kyle Volp to suffer damages?

YES \_\_\_\_          NO \_\_\_\_

If your answer is "YES," proceed to Question 5. If your answer is "NO," you should not proceed further except to date and sign this verdict form.

5. Should Carly A. Volp, as Personal Representative of the estate of Kyle Robert Volp, be awarded compensatory damages against Andrew Sasser?

YES \_\_\_\_          NO \_\_\_\_

If your answer is "YES," proceed to Question 6. If your answer is "NO," you should not proceed further except to date and sign this verdict form.

6. What is reasonable compensation for Kyle Volp's compensatory damages?

$ _____

SO SAY WE ALL, this ___ day of _____ 2021.

_____
Foreperson's Signature