UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CARLY A. VOLP, as Personal
Representative of the Estate of
Kyle Robert Volp,

      Plaintiff,

v.                               Case No.   3:18-cv-689-TJC-JRK

ANDREW WILLIAM SASSER, as
an individual, and NASSAU COUNTY
SHERIFF'S OFFICE, [Bill Leeper, in
his capacity as Sheriff of Nassau
County, Florida],

      Defendants.

## **O R D E R**

1. NCSO's Unopposed Motion for Leave to File Supplemental Briefing of Law on Burden of Proof for Sovereign Immunity Issues (Doc. No. 126), filed September 9, 2021, is **GRANTED**.

2. The Clerk shall file, as of today's date, the Supplemental Briefing of Law on Burden of Proof for Sovereign Immunity Issues (Doc. No. 126-1). The Court deems the Supplemental Briefing as timely filed.

**DONE AND ORDERED** in Jacksonville, Florida on September 10, 2021.

*/s/ James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

mdc
Copies to:
Counsel of Record