# EXHIBIT 1

Filing # 134982242 E-Filed 09/21/2021 11:17:19 AM

## IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
## IN AND FOR DUVAL COUNTY FLORIDA

CASE NO: 2017-CA-007319

**CHARLES ADAMS,**

     **Plaintiff,**

v.

**BRUCE GLENN MORMAN and**
**MYRICK LOGISTICS INC.,**
**a domestic corporation, and**
**FALCON TRANSPORT, INC.,**
**a foreign corporation,**

     Defendant.

_____/

### PLAINTIFF'S NOTICE OF SUBSTITUTION OF COUNSEL WITHIN LAW FIRM

     Plaintiffs, **CHARLES ADAMS,** by and through the undersigned attorney and pursuant to Florida Rules of Judicial Administration 2.505(e)(4), hereby give notice that while the Law Offices of Ronald E. Sholes, P.A. is still representing Plaintiffs in this action, attorney **Gregory W. Lineberry** replaces attorneys **Martin Sitler** and **Nelson Sierra** as counsel of record. The undersigned certifies that Plaintiffs have been informed of and consent to this substitution. Accordingly, Plaintiffs request all motions, notices, and other pleadings filed or served in this cause be furnished to the undersigned at the below listed email designation.

     Primary Email Address: RonSholesPA-Team1-Eservice@YouhurtWefight.com

     Secondary Email Address: Greg@YouHurtWeFight.com

### CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that on the 21 day of September, 2021 this document was filed using the Florida Courts E-Filing Portal.  This document is being served on all counsel of record by the Florida Courts E-Filing Portal, pursuant to and in compliance with Fla. R. Jud. Admin. 2.516.

_Counsel for Defendants,_
Jason D. Holbrook, Esquire
Rogers Towers, P.A.
1301 Riverplace Boulevard, Ste 1500
Jacksonville, Florida 32207
jholbrook@rtlaw.com


                              _/s/Gregory Lineberry_
                         **GREGORY W. LINEBERRY (FL Bar No. 181552)**
                         **ALEXANDER D. NOBREGAS (FL Bar No. 1003676)**
                         **RONALD E. SHOLES, P.A.**
                         4981 Atlantic Boulevard
                         Jacksonville, Florida 32207
                         Ph: 904-309-7801 Fax: 904-721-7474
                         Primary Email for Eservice:
                         **RonSholesPA-Team1-Eservice@YouHurtWeFight.com**
                         Attorneys for Plaintiff

Filing # 134982692 E-Filed 09/21/2021 11:20:19 AM

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA

CASE NO:    2019-CA-0089
DIVISION:    CV-C

KIEVA ASHLEY,

      Plaintiff,

v.

JASON CRUZ, an individual,
SFS HOLDINGS, LLC,
a Florida Limited Liability Company, and
CITY OF JACKSONVILLE,
a municipality and political subdivision of
The State of Florida,

      Defendants.

_____/

## PLAINTIFF'S NOTICE OF SUBSTITUTION OF COUNSEL WITHIN LAW FIRM

    Plaintiffs, **KIEVA ASHLEY**, by and through the undersigned attorney and pursuant to Florida Rules of Judicial Administration 2.505(e)(4), hereby give notice that while the Law Offices of Ronald E. Sholes, P.A. is still representing Plaintiffs in this action, attorney **Gregory W. Lineberry** replaces attorneys **Martin Sitler** and **Nelson Sierra** as counsel of record. The undersigned certifies that Plaintiffs have been informed of and consent to this substitution. Accordingly, Plaintiffs request all motions, notices, and other pleadings filed or served in this cause be furnished to the undersigned at the below listed email designation.

    Primary Email Address: RonSholesPA-Team1-Eservice@YouhurtWefight.com

    Secondary Email Address: Greg@YouHurtWeFight.com

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on the <u>21</u> day of September, 2021 this document was filed using the Florida Courts E-Filing Portal. This document is being served on all counsel of record by the Florida Courts E-Filing Portal, pursuant to and in compliance with Fla. R. Jud. Admin. 2.516.

<u>*Counsel for Defendants,*</u>
City of Jacksonville,
Katy A. Harris, Esq.,
117 W. Duval St., Suite 480
Jacksonville, FL 32202

<u>*Counsel for Defendants,*</u>
Nicholas J. Christopolis, Esq.,
Luks, Santaniello, Petrillo & Jones,
301 W. Bay St., Ste. 1010,
Jacksonville, FL  32202

_____ //s// Gregory Lineberry _____
**GREGORY W. LINEBERRY (FL Bar No. 181552)**
**ALEXANDER D. NOBREGAS (FL Bar No. 1003676)**
**RONALD E. SHOLES, P.A.**
4981 Atlantic Boulevard
Jacksonville, Florida 32207
Ph: 904-309-7801 Fax: 904-721-7474
Primary Email for Eservice:
**RonSholesPA-Team1-Eservice@YouHurtWeFight.com**
Attorneys for Plaintiff

Filing # 134982968 E-Filed 09/21/2021 11:22:11 AM

**IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA**

                                 **CASE NO:  2018-CA-7973**
                                 **DIVISION:  CV-C**

**GERICA LETORIA ATKINS and
SHELDON LAMAR ATKINS,**

      **Plaintiffs,**

**v.**

**ALNETIA COPELAND SULLIVAN,**

      **Defendant.**

_____/

**PLAINTIFF'S NOTICE OF SUBSTITUTION OF COUNSEL WITHIN LAW FIRM**

     Plaintiffs, **GERICA LETORIA ATKINS and SHELDON LAMAR ATKINS**, by and through the undersigned attorney and pursuant to Florida Rules of Judicial Administration 2.505(e)(4), hereby give notice that while the Law Offices of Ronald E. Sholes, P.A. is still representing Plaintiffs in this action, attorney **Gregory W. Lineberry** replaces attorneys **Martin Sitler and Nelson Sierra** as counsel of record. The undersigned certifies that Plaintiffs have been informed of and consent to this substitution. Accordingly, Plaintiffs request all motions, notices, and other pleadings filed or served in this cause be furnished to the undersigned at the below listed email designation.

     Primary Email Address: RonSholesPA-Team1-Eservice@YouhurtWefight.com

     Secondary Email Address: Greg@YouHurtWeFight.com

**CERTIFICATE OF SERVICE**

     **I HEREBY CERTIFY** that on the <u>21</u> day of September, 2021 this document was filed using the Florida Courts E-Filing Portal.  This document is being served on all counsel of record by the Florida Courts E-Filing Portal, pursuant to and in compliance with Fla. R. Jud. Admin. 2.516.

<u>*Counsel for Defendants,*</u>
Joseph T. Kissane, Esquire,
Zachary J. Brewer, Esquire,
Cole, Scott & Kissane, P.A.,
4686 Sunbeam Road
Jacksonville, Florida 32257
joseph.kissane@csklegal.com
zachary.brewer@csklegal.com
belinda.pierre@csklegal.com


/s/ *Gregory Lineberry*
_____
**GREGORY W. LINEBERRY (FL Bar No. 181552)**
**ALEXANDER D. NOBREGAS (FL Bar No. 1003676)**
**RONALD E. SHOLES, P.A.**
4981 Atlantic Boulevard
Jacksonville, Florida 32207
Ph: 904-309-7801 Fax: 904-721-7474
Primary Email for Eservice:
**RonSholesPA-Team1-Eservice@YouHurtWeFight.com**
Attorneys for Plaintiff

Filing # 134983194 E-Filed 09/21/2021 11:23:45 AM

## IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
## IN AND FOR DUVAL COUNTY, FLORIDA

CASE NO:   2018-CA-001896
DIVISION:   CV-E

**LATRENA BELL**
**and HORACE BELL,**

      **Plaintiffs,**

v.

**DANIEL LOUIS RHODES JR., DANIEL**
**CARRINGTON RHODES, ELEANOR**
**RHODES, STEVEN RAY HALL,**
**ROADMASTER DRIVERS SCHOOL OF**
**JACKSONVILLE, INC. and**
**WERNER ENTERPRISES, INC.,**

      **Defendants.**

_____/

### PLAINTIFF'S NOTICE OF SUBSTITUTION OF COUNSEL WITHIN LAW FIRM

    Plaintiffs, LATRENA BELL and HORACE BELL, by and through the undersigned attorney and pursuant to Florida Rules of Judicial Administration 2.505(e)(4), hereby give notice that while the Law Offices of Ronald E. Sholes, P.A. is still representing Plaintiffs in this action, attorney **Gregory W. Lineberry** replaces attorneys **Martin Sitler** and **Nelson Sierra** as counsel of record. The undersigned certifies that Plaintiffs have been informed of and consent to this substitution. Accordingly, Plaintiffs request all motions, notices, and other pleadings filed or served in this cause be furnished to the undersigned at the below listed email designation.

    Primary Email Address: RonSholesPA-Team1-Eservice@YouhurtWefight.com

    Secondary Email Address: Greg@YouHurtWeFight.com

### CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on the 21 day of September, 2021 this document was filed using the Florida Courts E-Filing Portal. This document is being served on all counsel of record by the Florida Courts E-Filing Portal, pursuant to and in compliance with Fla. R. Jud. Admin. 2.516.

<u>*Counsel for Defendants, Hall, Roadmaster and Werner,*</u>
Law Offices of Kubicki Draper,
Kendra B. Therrell, Esquire,
76 South Laura Street, Suite 1400
Jacksonville, Florida 32202
kbt-kd@kubickidraper.com

<u>*Counsel for Defendant, Rhodes,*</u>
Michael A. Manning, Esquire, Marks Gray,
1200 Riverplace Boulevard, Suite 800,
Jacksonville, Florida 32207
mmanning@marksgray.com
jpopovici@marksgray.com


                        //s// Gregory Lineberry
        _____
        **GREGORY W. LINEBERRY (FL Bar No. 181552)**
        **ALEXANDER D. NOBREGAS (FL Bar No. 1003676)**
        **RONALD E. SHOLES, P.A.**
        4981 Atlantic Boulevard
        Jacksonville, Florida 32207
        Ph: 904-309-7801 Fax: 904-721-7474
        Primary Email for Eservice:
        **RonSholesPA-Team1-Eservice@YouHurtWeFight.com**
        Attorneys for Plaintiff

Filing # 134983452 E-Filed 09/21/2021 11:25:23 AM

## IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
## IN AND FOR DUVAL COUNTY, FLORIDA

|                   |                 |
|-------------------|-----------------|
| **CASE NO:**      | **2019-CA-007678** |
| **DIVISION:**     | **CV-H**        |

**SUSAN ELAINE BRADHAM,**

     **Plaintiff,**

**v.**

**TIMOTHY BYRD, an individual,**
**OWENS AND PRIDGEN, INC.,**
**a Foreign Profit Corporation, and**
**STATE FARM MUTUAL**
**AUTOMOBILE INSURANCE COMPANY,**
**a Foreign Profit Corporation,**

     **Defendants.**

_____/

### PLAINTIFF'S NOTICE OF SUBSTITUTION OF COUNSEL WITHIN LAW FIRM

     Plaintiffs, **SUSAN ELAINE BRADHAM,** by and through the undersigned attorney and pursuant to Florida Rules of Judicial Administration 2.505(e)(4), hereby give notice that while the Law Offices of Ronald E. Sholes, P.A. is still representing Plaintiffs in this action, attorney **Gregory W. Lineberry** replaces attorneys **Martin Sitler** and **Nelson Sierra** as counsel of record. The undersigned certifies that Plaintiffs have been informed of and consent to this substitution. Accordingly, Plaintiffs request all motions, notices, and other pleadings filed or served in this cause be furnished to the undersigned at the below listed email designation.

     Primary Email Address: RonSholesPA-Team1-Eservice@YouhurtWefight.com

     Secondary Email Address: Greg@YouHurtWeFight.com

### CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that on the 20 day of September, 2021 this document was filed using the Florida Courts E-Filing Portal. This document is being served on all counsel of record by the Florida Courts E-Filing Portal, pursuant to and in compliance with Fla. R. Jud. Admin. 2.516.

*Counsel for Defendants, Owens and Pridgen, Inc.),*
Quintairos, Prieto, Wood & Boyer, P.A.,
Brian T. Bellavia, Esquire,
4190 Belfort Road, Suite 450,
Jacksonville, Florida 32216

*Counsel for Defendants, Timothy Byrd,*
William Gregory Lockeby, Esquire,
Fulmer, Leroy, & Albee, PLLC,
910 North Fern Creek Avenue,
Orlando, Florida 32803


_____//s// **Gregory Lineberry**_____
**GREGORY W. LINEBERRY (FL Bar No. 181552)**
**ALEXANDER D. NOBREGAS (FL Bar No. 1003676)**
**RONALD E. SHOLES, P.A.**
4981 Atlantic Boulevard
Jacksonville, Florida 32207
Ph: 904-309-7801 Fax: 904-721-7474
Primary Email for Eservice:
**RonSholesPA-Team1-Eservice@YouHurtWeFight.com**
Attorneys for Plaintiff

Filing # 134983644 E-Filed 09/21/2021 11:26:47 AM

## IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
## IN AND FOR DUVAL COUNTY FLORIDA

CASE NO:    16-2020-CA-001290
DIVISION:   CV-C

VALERIE BRADLEY and
COLLINS BRADLEY, her husband,

      Plaintiffs,

v.

RODERICK V. RODRIGUEZ, MARY JANE
ECHANES DUYAG, and USAA CASUALTY
INSURANCE COMPANY,

      Defendants.

_____/

### PLAINTIFF'S NOTICE OF SUBSTITUTION OF COUNSEL WITHIN LAW FIRM

    Plaintiffs, VALERIE BRADLEY and COLLINS BRADLEY, her husband, by and through the undersigned attorney and pursuant to Florida Rules of Judicial Administration 2.505(e)(4), hereby give notice that while the Law Offices of Ronald E. Sholes, P.A. is still representing Plaintiffs in this action, attorney **Gregory W. Lineberry** replaces attorneys **Martin Sitler** and **Nelson Sierra** as counsel of record. The undersigned certifies that Plaintiffs have been informed of and consent to this substitution. Accordingly, Plaintiffs request all motions, notices, and other pleadings filed or served in this cause be furnished to the undersigned at the below listed email designation.

    Primary Email Address: RonSholesPA-Team1-Eservice@YouhurtWefight.com

    Secondary Email Address: Greg@YouHurtWeFight.com

### CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on the 21 day of September, 2021 this document was filed using the Florida Courts E-Filing Portal.  This document is being served on all counsel of record by the Florida Courts E-Filing Portal, pursuant to and in compliance with Fla. R. Jud. Admin. 2.516.

*Counsel for Defendants,*
Boyd & Jenerette, P.A.,
Kate A. Aguiar, Esquire
Kristen M. Van Der Linde, Esquire,
201 North Hogan Street, Suite 400,
Jacksonville, Florida 32202,
efiling@boydjen.com

*//s// Gregory Lineberry*
**GREGORY W. LINEBERRY (FL Bar No. 181552)**
**ALEXANDER D. NOBREGAS (FL Bar No. 1003676)**
**RONALD E. SHOLES, P.A.**
4981 Atlantic Boulevard
Jacksonville, Florida 32207
Ph: 904-309-7801 Fax: 904-721-7474
Primary Email for Eservice:
**RonSholesPA-Team1-Eservice@YouHurtWeFight.com**
Attorneys for Plaintiff

Filing # 134985370 E-Filed 09/21/2021 11:37:28 AM

IN THE CIRCUIT COURT FOR THE FOURTH JUDICIAL CIRCUIT,
IN AND FOR DUVAL COUNTY, FLORIDA

SHAREE L. CHARBONEAU,                        CASE NO:   2017-CA-7442
                                             DIVISION:  CV-B
     Plaintiffs,

v.

JOSHUA EDWARD WIGGINS,

     Defendant.

_____/

## PLAINTIFF'S NOTICE OF SUBSTITUTION OF COUNSEL WITHIN LAW FIRM

     Plaintiffs, SHAREE L. CHARBONEAU, by and through the undersigned attorney and pursuant to Florida Rules of Judicial Administration 2.505(e)(4), hereby give notice that while the Law Offices of Ronald E. Sholes, P.A. is still representing Plaintiffs in this action, attorney **Gregory W. Lineberry** replaces attorneys **Jessica M. Whiddon** and **Younes Lari** as counsel of record. The undersigned certifies that Plaintiffs have been informed of and consent to this substitution. Accordingly, Plaintiffs request all motions, notices, and other pleadings filed or served in this cause be furnished to the undersigned at the below listed email designation.

Primary Email Address: RonSholesPA-Team1-Eservice@YouhurtWefight.com

Secondary Email Address: Greg@YouHurtWeFight.com

## CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that on the <u>21</u> day of September, 2021 this document was filed using the Florida Courts E-Filing Portal. This document is being served on all counsel of record by the Florida Courts E-Filing Portal, pursuant to and in compliance with Fla. R. Jud. Admin. 2.516.

_Counsel for Defendants,_
Cole, Scott & Kissane, P.A.,
Trevor G. Hawes, Esq.,
Matthew M. Whiddon, Esq.,
4686 Sunbeam Road,
Jacksonville, Florida, 32257
trevor.hawes@csklegal.com;
matthew.whiddon@csklegal.com;
Katelyn.morgan@csklegal.com

_/s/ Gregory Lineberry_
**GREGORY W. LINEBERRY (FL Bar No. 181552)**
**ALEXANDER D. NOBREGAS (FL Bar No. 1003676)**
**RONALD E. SHOLES, P.A.**
4981 Atlantic Boulevard
Jacksonville, Florida 32207
Ph: 904-309-7801 Fax: 904-721-7474
**Primary Email for Eservice:**
**RonSholesPA-Team1-Eservice@YouHurtWeFight.com**
**Attorneys for Plaintiff**

Filing # 133322535 E-Filed 08/24/2021 04:04:11 PM

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR, DUVAL COUNTY, FLORIDA

CASE NO:   16-2020-CA-004139
DIVISION:   CV-D

ANTHONY DAVIS, individually, and
ANTHONY DAVIS, as natural parent and
guardian of G. D., a minor,

     Plaintiff,

v.

JAMES HENRY BROWN,

     Defendant.

_____/

## PLAINTIFF'S NOTICE OF SUBSTITUTION OF COUNSEL WITHIN LAW FIRM

Plaintiff, ANTHONY DAVIS, individually, and ANTHONY DAVIS, as natural parent
and guardian of G. D., a minor, by and through the undersigned attorney and pursuant to Florida
Rules of Judicial Administration 2.505(e)(4), hereby gives notice that while the Law Offices of
Ronald E. Sholes, P.A. is still representing Plaintiff in this action, attorney **Gregory W.
Lineberry** replaces attorneys Maria R. D'Amico and Nicolas B. Iannucci as counsel of record.
The undersigned certifies that Plaintiff has been informed of and consents to this substitution.
Accordingly, Plaintiff requests all motions, notices, and other pleadings filed or served in this
cause be furnished to the undersigned at the below listed email designation.

**Primary Email:** RonSholesPA-Team1-Eservice@youhurtwefight.com

**Secondary Email:** Greg@youhurtwefight.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 24th day of August, 2021 this document was filed using the Florida Courts E-Filing Portal. This document is being served on all counsel of record by the Florida Courts E-Filing Portal, pursuant to and in compliance with Fla. R. Jud. Admin. 2.516. The mailing address for opposing counsel is: Kenneth E. Amos, Esquire and William C. Gula, Esquire, Vernis & Bowling of St. Petersburg, P.A., 696 1st Avenue N. 1st Floor, St. Petersburg, FL 33701. Email: stpfiling@florida-law.com.

GREGORY W. LINEBERRY (FL Bar No. 181552)
ALEXANDER D. NOBREGAS (FL Bar No. 1003676)
RONALD E. SHOLES, P.A.
4981 Atlantic Boulevard
Jacksonville, Florida 32207
Ph: 904-309-7801 Fax: 904-721-7474
Primary Email for Eservice:
RonSholesPA-Team1-Eservice@YouHurtWeFight.com
Attorneys for Plaintiff

Filing # 134986004 E-Filed 09/21/2021 11:41:40 AM

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR NASSAU COUNTY FLORIDA

CASE NO:   2018-CA-0048
DIVISION:   Circuit Civil

DANA DORMAN,

      Plaintiff,

v.

NICHOLAS ERNEST WEBB and
PRECISION AUTOMOTIVE &
PERFORMANCE OF STARKE INC.,

      Defendants.

_____/

## PLAINTIFF'S NOTICE OF SUBSTITUTION OF COUNSEL WITHIN LAW FIRM

      Plaintiffs, DANA DORMAN, by and through the undersigned attorney and pursuant to Florida Rules of Judicial Administration 2.505(e)(4), hereby give notice that while the Law Offices of Ronald E. Sholes, P.A. is still representing Plaintiffs in this action, attorney **Gregory W. Lineberry** replaces attorneys **Martin Sitler** and **Nelson Sierra** as counsel of record. The undersigned certifies that Plaintiffs have been informed of and consent to this substitution. Accordingly, Plaintiffs request all motions, notices, and other pleadings filed or served in this cause be furnished to the undersigned at the below listed email designation.

Primary Email Address: RonSholesPA-Team1-Eservice@YouhurtWefight.com

Secondary Email Address: Greg@YouHurtWeFight.com

## CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that on the 21 day of September, 2021 this document was filed using the Florida Courts E-Filing Portal.  This document is being served on all counsel of record by the Florida Courts E-Filing Portal, pursuant to and in compliance with Fla. R. Jud. Admin. 2.516.

<u>*Counsel for Defendants,*</u>
Orr Cook
Jessica E. Byrne, Esquire
50 North Laura Street, Suite 1675
Jacksonville, Florida  32202
jbyrne@orrcook.com
jbain@orrcook.com
edocket@orrcook.com

_____/s/ Gregory Lineberry_____
**GREGORY W. LINEBERRY (FL Bar No. 181552)**
**ALEXANDER D. NOBREGAS (FL Bar No. 1003676)**
**RONALD E. SHOLES, P.A.**
4981 Atlantic Boulevard
Jacksonville, Florida 32207
Ph: 904-309-7801 Fax: 904-721-7474
Primary Email for Eservice:
**RonSholesPA-Team1-Eservice@YouHurtWeFight.com**
Attorneys for Plaintiff

Filing # 133325516 E-Filed 08/24/2021 04:20:58 PM

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA

CASE NO:     2018-CA-004180
DIVISION:    CV-C

CAROLYN TISHA FLOYD,

      Plaintiff.

v.

PETER MICHAEL LARRIVEE, JR.,
an individual and
SUNBELT TRANSPORT LLC,
a Florida limited liability company,

      Defendant.

_____/

## PLAINTIFF'S NOTICE OF SUBSTITUTION OF COUNSEL WITHIN LAW FIRM

    Plaintiff, CAROLYN TISHA FLOYD, by and through the undersigned attorney and pursuant to Florida Rules of Judicial Administration 2.505(e)(4), hereby gives notice that while the Law Offices of Ronald E. Sholes, P.A. is still representing Plaintiff in this action, attorney **Gregory W. Lineberry** replaces attorneys Maria R. D'Amico and Nicolas B. Iannucci as counsel of record. The undersigned certifies that Plaintiff has been informed of and consents to this substitution. Accordingly, Plaintiff requests all motions, notices, and other pleadings filed or served in this cause be furnished to the undersigned at the below listed email designation.

    **Primary Email:** RonSholesPA-Team1-Eservice@youhurtwefight.com

    **Secondary Email:** Greg@youhurtwefight.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 24ᵗʰ day of August, 2021 this document was filed using the Florida Courts E-Filing Portal.  This document is being served on all counsel of record by the Florida Courts E-Filing Portal, pursuant to and in compliance with Fla. R. Jud. Admin. 2.516. The mailing address for opposing counsel is: L. Michael Maddox, The Law Offices of L. Michael Maddox, P.A., 2119 Riverside Ave, Jacksonville, FL 32204.

**GREGORY W. LINEBERRY (FL Bar No. 181552)**
**ALEXANDER D. NOBREGAS (FL Bar No. 1003676)**
**RONALD E. SHOLES, P.A.**
4981 Atlantic Boulevard
Jacksonville, Florida 32207
Ph: 904-309-7801 Fax: 904-721-7474
Primary Email for Eservice:
**RonSholesPA-Team1-Eservice@YouHurtWeFight.com**
Attorneys for Plaintiff

Filing # 134987174 E-Filed 09/21/2021 11:48:31 AM

### IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT IN AND FOR FLAGLER COUNTY, FLORIDA CIVIL DIVISION

|  |  |
|---|---|
| CASE NO: | **2017-CA-000620** |
| DIVISION: | **Circuit Civil** |

**LESLEY ANNE FRANCK,**

      **Plaintiff,**

v.

**FREDERICK GEORGE CASSELMAN,
HELEN CASSELMAN and
FREDERICK GLENN CASSELMAN,**

      **Defendant.**

_____/

### PLAINTIFF'S NOTICE OF SUBSTITUTION OF COUNSEL WITHIN LAW FIRM

Plaintiffs, LESLEY ANNE FRANCK, by and through the undersigned attorney and pursuant to Florida Rules of Judicial Administration 2.505(e)(4), hereby give notice that while the Law Offices of Ronald E. Sholes, P.A. is still representing Plaintiffs in this action, attorney **Gregory W. Lineberry** replaces attorneys **Martin Sitler** and **Nelson Sierra** as counsel of record. The undersigned certifies that Plaintiffs have been informed of and consent to this substitution. Accordingly, Plaintiffs request all motions, notices, and other pleadings filed or served in this cause be furnished to the undersigned at the below listed email designation.

Primary Email Address: RonSholesPA-Team1-Eservice@YouhurtWefight.com

Secondary Email Address: Greg@YouHurtWeFight.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 21 day of September, 2021 this document was filed using the Florida Courts E-Filing Portal. This document is being served on all counsel of record by the Florida Courts E-Filing Portal, pursuant to and in compliance with Fla. R. Jud. Admin. 2.516.

*Counsel for Defendants,*
Coleman, Lapointe & Wright, P.A.,
Amber B. Davids, Esquire,
150 South Palmetto Avenue, Suite 200,
Daytona Beach, Florida 32114,
servicejp@cameronhodges2.com


　　　　　　/s/ Gregory Lineberry
**GREGORY W. LINEBERRY (FL Bar No. 181552)**
**ALEXANDER D. NOBREGAS (FL Bar No. 1003676)**
**RONALD E. SHOLES, P.A.**
4981 Atlantic Boulevard
Jacksonville, Florida 32207
Ph: 904-309-7801 Fax: 904-721-7474
Primary Email for Eservice:
**RonSholesPA-Team1-Eservice@YouHurtWeFight.com**
Attorneys for Plaintiff

Filing # 134987513 E-Filed 09/21/2021 11:50:46 AM

### IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
### IN AND FOR DUVAL COUNTY FLORIDA

CASE NO:   16-2016-CA-002782
DIVISION:  CV-E

MICHAEL GIORDANO and
MELISSA CHEVALIER,

     Plaintiffs,

v.

SINOEUN KOUNG,
LORM SOUN, and LEANG VE,

     Defendants.

_____/

### PLAINTIFF'S NOTICE OF SUBSTITUTION OF COUNSEL WITHIN LAW FIRM

     Plaintiffs, MICHAEL GIORDANO and MELISSA CHEVALIER, by and through the undersigned attorney and pursuant to Florida Rules of Judicial Administration 2.505(e)(4), hereby give notice that while the Law Offices of Ronald E. Sholes, P.A. is still representing Plaintiffs in this action, attorney **Gregory W. Lineberry** replaces attorneys **Martin Sitler** and **Nelson Sierra** as counsel of record. The undersigned certifies that Plaintiffs have been informed of and consent to this substitution. Accordingly, Plaintiffs request all motions, notices, and other pleadings filed or served in this cause be furnished to the undersigned at the below listed email designation.

Primary Email Address: RonSholesPA-Team1-Eservice@YouhurtWefight.com

Secondary Email Address: Greg@YouHurtWeFight.com

### CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that on the 21 day of September, 2021 this document was filed using the Florida Courts E-Filing Portal. This document is being served on all counsel of record by the Florida Courts E-Filing Portal, pursuant to and in compliance with Fla. R. Jud. Admin. 2.516.

*Counsel for Defendants,*
O'Hara Law Firm
Raymond L. Roebuck,
4811 Beach Boulevard,
Jacksonville, FL  32207,
eService@oharalawfirm.com

_____/s/ Gregory Lineberry_____
**GREGORY W. LINEBERRY (FL Bar No. 181552)**
**ALEXANDER D. NOBREGAS (FL Bar No. 1003676)**
**RONALD E. SHOLES, P.A.**
4981 Atlantic Boulevard
Jacksonville, Florida 32207
Ph: 904-309-7801 Fax: 904-721-7474
Primary Email for Eservice:
**RonSholesPA-Team1-Eservice@YouHurtWeFight.com**
Attorneys for Plaintiff

Filing # 134987886 E-Filed 09/21/2021 11:53:04 AM

## IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
## IN AND FOR CLAY COUNTY, FLORIDA

CASE NO:   2018-CA-0051
DIVISION:  E

KIMBERLY GODWIN,

      Plaintiff,

v.

WILLIAM J. GREEN, JR, and
CYNTHIA A. GREEN,

      Defendants.

_____/

### PLAINTIFF'S NOTICE OF SUBSTITUTION OF COUNSEL WITHIN LAW FIRM

    Plaintiffs, KIMBERLY GODWIN, by and through the undersigned attorney and pursuant to Florida Rules of Judicial Administration 2.505(e)(4), hereby give notice that while the Law Offices of Ronald E. Sholes, P.A. is still representing Plaintiffs in this action, attorney **Gregory W. Lineberry** replaces attorneys **Martin Sitler** and **Nelson Sierra** as counsel of record. The undersigned certifies that Plaintiffs have been informed of and consent to this substitution. Accordingly, Plaintiffs request all motions, notices, and other pleadings filed or served in this cause be furnished to the undersigned at the below listed email designation.

Primary Email Address: RonSholesPA-Team1-Eservice@YouhurtWefight.com

Secondary Email Address: Greg@YouHurtWeFight.com

### CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on the 21 day of September, 2021 this document was filed using the Florida Courts E-Filing Portal.  This document is being served on all counsel of record by the Florida Courts E-Filing Portal, pursuant to and in compliance with Fla. R. Jud. Admin. 2.516.

<u>*Counsel for Defendants.*</u>
Boyd & Jenerette, P.A.,
Billie Jo Taylor, Esquire,
201 North Hogan Street, Suite 400,
Jacksonville, Florida 32202,
efiling@boydjen.com


_____ /s/ Gregory Lineberry
**GREGORY W. LINEBERRY (FL Bar No. 181552)**
**ALEXANDER D. NOBREGAS (FL Bar No. 1003676)**
**RONALD E. SHOLES, P.A.**
4981 Atlantic Boulevard
Jacksonville, Florida 32207
Ph: 904-309-7801 Fax: 904-721-7474
Primary Email for Eservice:
**RonSholesPA-Team1-Eservice@YouHurtWeFight.com**
Attorneys for Plaintiff

Filing # 134988455 E-Filed 09/21/2021 11:56:57 AM

## IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
## IN AND FOR DUVAL COUNTY, FLORIDA

CASE NO:   16-2017-CA-003811
DIVISION:   CV-E

ANNE KATHLEEN GREEN and
AARON GREEN,

   Plaintiffs,

v.

HALEY HUFFAKER and
JAMES SCANLAN,

   Defendants.

_____/

### PLAINTIFF'S NOTICE OF SUBSTITUTION OF COUNSEL WITHIN LAW FIRM

Plaintiffs, ANNE KATHLEEN GREEN and AARON GREEN, by and through the undersigned attorney and pursuant to Florida Rules of Judicial Administration 2.505(e)(4), hereby give notice that while the Law Offices of Ronald E. Sholes, P.A. is still representing Plaintiffs in this action, attorney **Gregory W. Lineberry** replaces attorneys **Martin Sitler** and **Nelson Sierra** as counsel of record. The undersigned certifies that Plaintiffs have been informed of and consent to this substitution. Accordingly, Plaintiffs request all motions, notices, and other pleadings filed or served in this cause be furnished to the undersigned at the below listed email designation.

Primary Email Address: RonSholesPA-Team1-Eservice@YouhurtWefight.com

Secondary Email Address: Greg@YouHurtWeFight.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 21 day of September, 2021 this document was filed using the Florida Courts E-Filing Portal.  This document is being served on all counsel of record by the Florida Courts E-Filing Portal, pursuant to and in compliance with Fla. R. Jud. Admin. 2.516.

_Counsel for Defendants,_
Vernis & Bowling of Gulf Coast, P.A.,
Christopher J. Blain, Esquire,
2203 North Lois Avenue, Suite 711,
Tampa, Florida  33607
tpafiling@florida-law.com
cblain@florida-law.com
itravieso@florida-law.com

/s/ Gregory Lineberry

**GREGORY W. LINEBERRY (FL Bar No. 181552)**
**ALEXANDER D. NOBREGAS (FL Bar No. 1003676)**
**RONALD E. SHOLES, P.A.**
4981 Atlantic Boulevard
Jacksonville, Florida 32207
Ph: 904-309-7801 Fax: 904-721-7474
Primary Email for Eservice:
**RonSholesPA-Team1-Eservice@YouHurtWeFight.com**
Attorneys for Plaintiff

Filing # 134988778 E-Filed 09/21/2021 11:58:53 AM

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR POLK COUNTY, FLORIDA

CASE NO:    2019-CA-2249
DIVISION:   Circuit Civil

WYNDELL LERNARD HAMPTON,

       Plaintiff,

v.

JOSEPH DAVID BARNOSKE, and
THE GENERAL COUNCIL OF THE
ASSEMBLIES OF GOD, a foreign
Corporation,

       Defendants.

_____/

## PLAINTIFF'S NOTICE OF SUBSTITUTION OF COUNSEL WITHIN LAW FIRM

      Plaintiffs, WYNDELL LERNARD HAMPTON, by and through the undersigned attorney and pursuant to Florida Rules of Judicial Administration 2.505(e)(4), hereby give notice that while the Law Offices of Ronald E. Sholes, P.A. is still representing Plaintiffs in this action, attorney **Gregory W. Lineberry** replaces attorneys **Martin Sitler** and **Nelson Sierra** as counsel of record. The undersigned certifies that Plaintiffs have been informed of and consent to this substitution. Accordingly, Plaintiffs request all motions, notices, and other pleadings filed or served in this cause be furnished to the undersigned at the below listed email designation.

Primary Email Address: RonSholesPA-Team1-Eservice@YouhurtWefight.com

Secondary Email Address: Greg@YouHurtWeFight.com

## CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that on the 21 day of September, 2021 this document was filed using the Florida Courts E-Filing Portal. This document is being served on all counsel of record by the Florida Courts E-Filing Portal, pursuant to and in compliance with Fla. R. Jud. Admin. 2.516.

*Counsel for Defendants,*
O'Connor & O'Connor, LLC
Yvette M. Pace, Esquire,
800 North Magnolia Avenue, Suite 1350,
Orlando, Florida 32803
DOConnor@oconlaw.com
Ypace@oconlaw.com


/s/ Gregory Lineberry
_____

**GREGORY W. LINEBERRY (FL Bar No. 181552)**
**ALEXANDER D. NOBREGAS (FL Bar No. 1003676)**
**RONALD E. SHOLES, P.A.**
4981 Atlantic Boulevard
Jacksonville, Florida 32207
Ph: 904-309-7801 Fax: 904-721-7474
Primary Email for Eservice:
**RonSholesPA-Team1-Eservice@YouHurtWeFight.com**
Attorneys for Plaintiff

Filing # 133323683 E-Filed 08/24/2021 04:10:40 PM

IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT
IN AND FOR ST. JOHNS COUNTY, FLORIDA

CASE NO:    CA21-0300

DANIEL HARALAMBOU,
RAQUEL HARALAMBOU, individually,
RAQUEL HARALMBOU, as natural parent and
guardian of M.H., a minor,
BRITTANY DUNMIRE, and
BRITTANY DUNMIRE as Personal Representative
of the Estate of JAMES KNIPPENBERG,

      Plaintiffs,

v.

MICHAEL A. RHEIN and
DONNA L. RHEIN,

      Defendants.
_____/

## PLAINTIFFS' NOTICE OF SUBSTITUTION OF COUNSEL WITHIN LAW FIRM

    Plaintiffs, DANIEL HARALAMBOU, RAQUEL HARALAMBOU, individually, RAQUEL HARALMBOU, as natural parent and guardian of M.H., a minor, BRITTANY DUNMIRE, and BRITTANY DUNMIRE as Personal Representative of the Estate of JAMES KNIPPENBERG, by and through the undersigned attorney and pursuant to Florida Rules of Judicial Administration 2.505(e)(4), hereby give notice that while the Law Offices of Ronald E. Sholes, P.A. is still representing Plaintiffs in this action, attorney **Gregory W. Lineberry** replaces attorney Nicolas B. Iannucci as counsel of record. The undersigned certifies that Plaintiffs have been informed of and consent to this substitution. Accordingly, Plaintiffs request all motions, notices, and other pleadings filed or served in this cause be furnished to the undersigned at the below listed email designation.

    **Primary Email:** RonSholesPA-Team1-Eservice@youhurtwefight.com

    **Secondary Email:** Greg@youhurtwefight.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 24 day of August 2021, this document was filed using the Florida Courts E-Filing Portal and served on all counsel of record by the Florida Courts E-Filing Portal, pursuant to and in compliance with Fla. R. Jud. Admin. 2.516. The address for opposing counsel is: Michael D. McCoy, Esquire, Cole, Scott & Kissane, P.A., 4686 Sunbeam Road, Jacksonville, FL 32257. Primary email: michael.mccoy@csklegal.com; Secondary email: corey.kildow@csklegal.com.

GREGORY W. LINEBERRY (FL Bar No. 181552)
ALEXANDER D. NOBREGAS (FL Bar No. 1003676)
RONALD E. SHOLES, P.A.
4981 Atlantic Boulevard
Jacksonville, Florida 32207
Ph: 904-309-7801 Fax: 904-721-7474
Primary Email for Eservice:
**RonSholesPA-Team1-Eservice@YouHurtWeFight.com**
Attorneys for Plaintiff

Filing # 134987771 E-Filed 09/21/2021 11:52:13 AM

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA

CASE NO:   2018-CA-004799
DIVISION:   CV-D

RICHARD HAYNES,

     Plaintiff,

v.

MARVIN CRAWFORD JR., and
SUNSHINE RECYCLING, INC.,

     Defendants.

_____/

## PLAINTIFF'S NOTICE OF SUBSTITUTION OF COUNSEL WITHIN LAW FIRM

     Plaintiff, RICHARD HAYNES, by and through the undersigned attorney and pursuant to Florida Rules of Judicial Administration 2.505(e)(4), hereby gives notice that while the Law Offices of Ronald E. Sholes, P.A. is still representing Plaintiff in this action, attorney **Gregory W. Lineberry** replaces attorney **Marty Sitler** as counsel of record. The undersigned certifies that Plaintiff has been informed of and consents to this substitution. Accordingly, Plaintiff requests all motions, notices, and other pleadings filed or served in this cause be furnished to the undersigned at the below listed email designation.

     **Primary Email:** RonSholesPA-Team1-Eservice@youhurtwefight.com

     **Secondary Email:** Greg@youhurtwefight.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 21ⁿ day of September, 2021 this document was filed using the Florida Courts E-Filing Portal. This document is being served on all counsel of record by the Florida Courts E-Filing Portal, pursuant to and in compliance with Fla. R. Jud. Admin. 2.516. The mailing address for opposing counsel is: Kristen M. Van Der Linde, Esquire, Boyd & Jenerette, P.A., 201 North Hogan Street, Suite 400, Jacksonville, Florida 32202. Eservice email: efiling@boyd-jenerette.com.

*/s/ Gregory W. Lineberry*

**GREGORY W. LINEBERRY (FL Bar No. 181552)**
**ALEXANDER D. NOBREGAS (FL Bar No. 1003676)**
**RONALD E. SHOLES, P.A.**
4981 Atlantic Boulevard
Jacksonville, Florida 32207
Ph: 904-309-7801 Fax: 904-721-7474
Primary Email for Eservice:
**RonSholesPA-Team1-Eservice@YouHurtWeFight.com**
Attorneys for Plaintiff

Filing # 134988577 E-Filed 09/21/2021 11:57:46 AM

IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT
IN AND FOR ST. JOHNS COUNTY, FLORIDA

CASE NO:    2020-CA-001183
DIVISION:   59

ABIGAIL JOHNSON,

      Plaintiff,

v.

BROOKE GERMAIN,
JULIE ANNE MORRIS,
LEONARDO PAIN AVILA, and
LEO SERVICES, and,

      Defendant.
_____/

## PLAINTIFF'S NOTICE OF SUBSTITUTION OF COUNSEL WITHIN LAW FIRM

Plaintiff, ABIGAIL JOHNSON, by and through the undersigned attorney and pursuant to Florida Rules of Judicial Administration 2.505(e)(4), hereby gives notice that while the Law Offices of Ronald E. Sholes, P.A. is still representing Plaintiff in this action, attorney **Gregory W. Lineberry** replaces attorney **Jessica Lanifero** as counsel of record. The undersigned certifies that Plaintiff has been informed of and consents to this substitution. Accordingly, Plaintiff requests all motions, notices, and other pleadings filed or served in this cause be furnished to the undersigned at the below listed email designation.

**Primary Email:** RonSholesPA-Team1-Eservice@youhurtwefight.com

**Secondary Email:** Greg@youhurtwefight.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 21st day of September, 2021 this document was filed using the Florida Courts E-Filing Portal. This document is being served on all counsel of record by the Florida Courts E-Filing Portal, pursuant to and in compliance with Fla. R. Jud. Admin. 2.516. The mailing addresses for Defendants' counsel are:

| | |
|---|---|
| **Christopher D. Walsh, Esq.**<br>**Patrick J. Snyder, Esq**<br>**Alexandra A. Dabek, Esq.**<br>COLE, SCOTT & KISSANE, P.A<br>4190 Belfort Road, Suite 300<br>Jacksonville, FL 32216<br>Email: Christopher.Walsh@csklegal.com<br>Patrick.Snyder@csklegal.com<br>Alexandra.Dabek@csklegal.com<br>Sheri.Paxton@csklegal.com<br>Kendra.Lake@csklegal.com<br>Sabrina.Herring@csklegal.com<br>*Attorneys for Leonardo Pain Avila*<br>*& Leo Services* | **Chobee Ebbets, Esq.**<br>CHOBEE EBBETS, P.A.<br>138 Live Oak Avenue<br>Daytona Beach, FL 32144<br>Email: service@ebbetslaw.com<br>jmounts@ebbetslaw.com<br>*Attorney for Brooke Germain*<br>*& Julie Anne Morris* |

*/s/ Gregory W. Lineberry*

**GREGORY W. LINEBERRY (FL Bar No. 181552)**
**ALEXANDER D. NOBREGAS (FL Bar No. 1003676)**
**RONALD E. SHOLES, P.A.**
4981 Atlantic Boulevard
Jacksonville, Florida 32207
Ph: 904-309-7801 Fax: 904-721-7474
Primary Email for Eservice:
**RonSholesPA-Team1-Eservice@YouHurtWeFight.com**
Attorneys for Plaintiff

Filing # 133310537 E-Filed 08/24/2021 02:57:41 PM

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA

CASE NO:    16-2020-CA-006073
DIVISION:   CV-E

WANDA JOHNSON-BOWMAN,

     Plaintiff,

v.

WADE CARROLL MASK, JR.,

     Defendant.

_____/

## PLAINTIFF'S NOTICE OF SUBSTITUTION OF COUNSEL WITHIN LAW FIRM

Plaintiff, WANDA JOHNSON-BOWMAN, by and through the undersigned attorney and pursuant to Florida Rules of Judicial Administration 2.505(e)(4), hereby gives notice that while the Law Offices of Ronald E. Sholes, P.A. is still representing Plaintiff in this action, attorney **Gregory W. Lineberry** replaces attorneys Maria R. D'Amico and Nicolas B. Iannucci as counsel of record. The undersigned certifies that Plaintiff has been informed of and consents to this substitution. Accordingly, Plaintiff requests all motions, notices, and other pleadings filed or served in this cause be furnished to the undersigned at the below listed email designation.

**Primary Email:** RonSholesPA-Team1-Eservice@youhurtwefight.com

**Secondary Email:** Greg@youhurtwefight.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 24ᵗʰ day of August, 2021 this document was filed using the Florida Courts E-Filing Portal. This document is being served on all counsel of record by the Florida Courts E-Filing Portal, pursuant to and in compliance with Fla. R. Jud. Admin. 2.516. The mailing address for opposing counsel is: John W. Leonard, Esquire, ORR COOK, 50 N. Laura Street, Suite 1675, Jacksonville, FL 32202. Eservice email: jleonard@orrcook.com; klarkan@orrcook.com; edocket@orrcook.com.

**GREGORY W. LINEBERRY (FL Bar No. 181552)**
**ALEXANDER D. NOBREGAS (FL Bar No. 1003676)**
**RONALD E. SHOLES, P.A.**
4981 Atlantic Boulevard
Jacksonville, Florida 32207
Ph: 904-309-7801 Fax: 904-721-7474
Primary Email for Eservice:
**RonSholesPA-Team1-Eservice@YouHurtWeFight.com**
Attorneys for Plaintiff

eFiled Date: 09/21/2021, Accepted: 09/22/2021 02:26 PM

Filing # 135031569 E-Filed 09/21/2021 04:33:31 PM

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT,
IN AND FOR CLAY COUNTY, FLORIDA

CASE NO: 2018-CA-000044
DIVISION: F

CURTIS W. KENNEDY,

Plaintiff,

v.

MERCURY INDEMNITY
COMPANY OF AMERICA,

Defendant.

_____

## PLAINTIFF'S NOTICE OF SUBSTITUTION OF COUNSEL WITHIN LAW FIRM

Plaintiffs, CURTIS W. KENNEDY, by and through the undersigned attorney and pursuant to Florida Rules of Judicial Administration 2.505(e)(4), hereby give notice that while the Law Offices of Ronald E. Sholes, P.A. is still representing Plaintiffs in this action, attorney **Gregory W. Lineberry** replaces attorneys **Martin Sitler** and **Nelson Sierra** as counsel of record. The undersigned certifies that Plaintiffs have been informed of and consent to this substituti Accordingly, Plaintiffs request all motions, notices, and other pleadings filed or served in this cause be furnished to the undersigned at the below listed email designation.

Primary Email Address: RonSholesPA-Team1-Eservice@YouhurtWefight.co

Secondary Email Address: Greg@YouHurtWeFight.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 21 day of September, 2021 this document was using the Florida Courts E-Filing Portal.  This document is being served on all counsel of record by the Florida Courts E-Filing Portal, pursuant to and in compliance with Fla. R. Jud. Admin. 2.516.

eFiled Date: 09/21/2021, Accepted: 09/22/2021 02:26 PM

*Counsel for Defendants, Hall, Roadmaster and Werner,*
Cooney Trybus Kwavnick Peets
Bruce M. Trybus, Esquire
1600 W. Commercial Boulevard, Suite 200,
Fort Lauderdale, Florida  33309
reception@ctkplaw.com
yhall@ctkplaw.com
klenahan@ctkplaw.com


_____*//s//* Gregory Lineberry_____
**GREGORY W. LINEBERRY (FL Bar No. 181552**
**ALEXANDER D. NOBREGAS (FL Bar No. 1003676)**
**RONALD E. SHOLES, P.A.**
4981 Atlantic Bouleva
Jacksonville, Florida 32207
Ph: 904-309-7801 Fax: 904-721-7474
Primary Email for Eservice:
**RonSholesPA-Team1-Eservice@YouHurtWeFigh**
Attorneys for Plaintiff

Filing # 133309708 E-Filed 08/24/2021 02:52:28 PM

IN THE CIRCUIT COURT FOR THE FOURTH JUDICIAL CIRCUIT,
IN AND FOR NASSAU COUNTY, FLORIDA

CASE NO:    2020-CA-000133

JENNIFER KEIFER,

      Plaintiff,

v.

DAKOTA CHRISTOPHER MCDAVITT,
MICHAEL S. MAIER,
PROGRESSIVE AMERICAN INSURANCE COMPANY,
a Foreign Profit Corporation, and
STAYBULL INSURANCE CORPORATION,
a Florida Profit Corporation,

      Defendants.

_____/

## PLAINTIFF'S NOTICE OF SUBSTITUTION OF COUNSEL WITHIN LAW FIRM

      Plaintiff, JENNIFER KEIFER, by and through the undersigned attorney and pursuant to Florida Rules of Judicial Administration 2.505(e)(4), hereby gives notice that while the Law Offices of Ronald E. Sholes, P.A. is still representing Plaintiff in this action, attorney **Gregory W. Lineberry** replaces attorneys Maria R. D'Amico and Nicolas B. Iannucci as counsel of record. The undersigned certifies that Plaintiff has been informed of and consents to this substitution. Accordingly, Plaintiff requests all motions, notices, and other pleadings filed or served in this cause be furnished to the undersigned at the below listed email designation.

      **Primary Email:** RonSholesPA-Team1-Eservice@youhurtwefight.com

      **Secondary Email:** Greg@youhurtwefight.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 24th day of August, 2021 this document was filed using the Florida Courts E-Filing Portal.  This document is being served on all counsel of record by the Florida Courts E-Filing Portal, pursuant to and in compliance with Fla. R. Jud. Admin. 2.516. The mailing address for opposing counsel is: Adam J. Campbell, Esquire, Smith Bigman Brock,  P.A.  P.O.  Box  15200,  Daytona  Beach,  FL  32115.  Eservice  email: acampbell@daytonalaw.com; bhuling@daytonalaw.com.

**GREGORY W. LINEBERRY (FL Bar No. 181552)**
**ALEXANDER D. NOBREGAS (FL Bar No. 1003676)**
**RONALD E. SHOLES, P.A.**
4981 Atlantic Boulevard
Jacksonville, Florida 32207
Ph: 904-309-7801 Fax: 904-721-7474
Primary Email for Eservice:
**RonSholesPA-Team1-Eservice@YouHurtWeFight.com**
Attorneys for Plaintiff

eFiled Date: 09/21/2021, Accepted: 09/22/2021 02:26 PM

Filing # 135031569 E-Filed 09/21/2021 04:33:31 PM

### IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT,
### IN AND FOR CLAY COUNTY, FLORIDA

CASE NO: 2018-CA-000044
DIVISION: F

CURTIS W. KENNEDY,

      Plaintiff,

v.

MERCURY INDEMNIT
COMPANY OF AMERICA,

      Defendant.
_____/

### PLAINTIFF'S NOTICE OF SUBSTITUTION OF COUNSEL WITHIN LAW FIRM

      Plaintiffs, CURTIS W. KENNEDY, by and through the undersigned attorney and pursu
to Florida Rules of Judicial Administration 2.505(e)(4), hereby give notice that while the Law
Offices of Ronald E. Sholes, P.A. is still representing Plaintiffs in this action, attorney **Gregory
W. Lineberry** replaces att      **Martin Sitler** an   **Nelson Sierra** as counsel of record. The
undersigned certifies that Plaintiffs have been informed of and consent to this substitution.
Accordingly, Plaintiffs request all motions, notices, and other pleadings filed or served in this
cause be furnished to the undersigned at the below listed email designation.

      Primary Email Address: RonSholesPA-Team1-Eservice@YouhurtWefight.com

      Secondary Email Address: Greg@YouHurtWeFight.com

### CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that on the 21 day of September, 2021 this document was fil
using the Florida Courts E-Filing Portal. This document is being served on all counsel of record
by the Florida Courts E-Filing Portal, pursuant to and in compliance with Fla. R. Jud. Admin.
2.516.

eFiled Date: 09/21/2021, Accepted: 09/22/2021 02:26 PM

_Counsel for Defendants, Hall, Roadmaster and Werner,_
Cooney Trybus Kwavnick Peets
Bruce M. Trybus, Esquire,
1600 W. Commercial Boulevard, Suite 200,
Fort Lauderdale, Florida  33309
reception@ctkplaw.com
yhall@ctkplaw.com
klenahan@ctkplaw.com

            //s// Gregory Lineberry
**GREGORY W. LINEBERRY (FL Bar No. 181552)**
**ALEXANDER D. NOBREGAS (FL Bar No. 100367**
**RONALD E. SHOLES, P.A.**
4981 Atlantic Boulevard
Jacksonville, Florida 32207
Ph: 904-309-7801 Fax: 904-721-7474
Primary Email for Eser
**RonSholesPA-Team1-Eservice@YouHurtWeFight.com**
Attorneys for Plaintiff

Filing # 134988882 E-Filed 09/21/2021 11:59:32 AM

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA

CASE NO:   16-2020-CA-003671
DIVISION:   CV-G

MORGAN J. KINKTON as
Personal Representative of the
Estate of DAKOTA J. KINKTON,

     Plaintiff,

v.

DANIEL L. CRAWFORD,
LAMONT C. CRAWFORD, and
AMANDA J. E. CRAWFORD,,

     Defendants.

_____/

## PLAINTIFF'S NOTICE OF SUBSTITUTION OF COUNSEL WITHIN LAW FIRM

Plaintiff, MORGAN J. KINKTON as Personal Representative of the Estate of DAKOTA
J. KINKTON, by and through the undersigned attorney and pursuant to Florida Rules of Judicial
Administration 2.505(e)(4), hereby gives notice that while the Law Offices of Ronald E. Sholes,
P.A. is still representing Plaintiff in this action, attorney **Gregory W. Lineberry** replaces
attorney **Jessica Lanifero** as counsel of record. The undersigned certifies that Plaintiff has been
informed of and consents to this substitution. Accordingly, Plaintiff requests all motions, notices,
and other pleadings filed or served in this cause be furnished to the undersigned at the below
listed email designation.

     **Primary Email:** RonSholesPA-Team1-Eservice@youhurtwefight.com

     **Secondary Email:** Greg@youhurtwefight.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 21st day of September, 2021 this document was filed using the Florida Courts E-Filing Portal.  This document is being served on all counsel of record by the Florida Courts E-Filing Portal, pursuant to and in compliance with Fla. R. Jud. Admin. 2.516. The mailing addresses for Defendants' counsel are:

**Michael L. Glass, Esq.**
**Allison Zeigler, Esq.**
**Christine N. Gargano, Esq.**
Stone, Glass & Connolly, LLP
3020 Hartley Road, Suite 250
Jacksonville, FL 32257
Email: mglass@sgc-attorneys.com
pleadings@sgc-attorneys.com
thumphrey@sgc-attorneys.com
*Attorneys for Daniel L. Crawford*

**Trevor G. Hawes, Esq**
**Natalie E. Fina, Esq.,**
Cole Scott & Kissane, P.A.
4686 Sunbeam Road
Jacksonville, FL 32257
Email: trevor.hawes@csklegal.com
natalie.fina@csklegal.com
Kimberly.dodgen@csklegal.com
Hannah.emerson@csklegal.com
Amanda.brandi@csklegal.com
*Attorneys for Lamont C. Crawford and Amanda J.E. Crawford*

*/s/Gregory W. Lineberry*

**GREGORY W. LINEBERRY (FL Bar No. 181552)**
**ALEXANDER D. NOBREGAS (FL Bar No. 1003676)**
**RONALD E. SHOLES, P.A.**
4981 Atlantic Boulevard
Jacksonville, Florida 32207
Ph: 904-309-7801 Fax: 904-721-7474
Primary Email for Eservice:
**RonSholesPA-Team1-Eservice@YouHurtWeFight.com**
Attorneys for Plaintiff

Filing # 133324799 E-Filed 08/24/2021 04:16:55 PM

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA

CASE NO:      16-2021-CA-003874
DIVISION:     CV-H

DONOVAN A. LAMMIE,

      Plaintiff,

v.

DAVID N. SHELL and
UNITED PARCEL SERVICE INC.,

      Defendants.

_____/

## PLAINTIFF'S NOTICE OF SUBSTITUTION OF COUNSEL WITHIN LAW FIRM

      Plaintiff, DONOVAN A. LAMMIE, by and through the undersigned attorney and pursuant to Florida Rules of Judicial Administration 2.505(e)(4), hereby gives notice that while the Law Offices of Ronald E. Sholes, P.A. is still representing Plaintiff in this action, attorney **Gregory W. Lineberry** replaces attorneys Maria R. D'Amico and Nicolas B. Iannucci as counsel of record. The undersigned certifies that Plaintiff has been informed of and consents to this substitution. Accordingly, Plaintiff requests all motions, notices, and other pleadings filed or served in this cause be furnished to the undersigned at the below listed email designation.

      **Primary Email:** RonSholesPA-Team1-Eservice@youhurtwefight.com

      **Secondary Email:** Greg@youhurtwefight.com

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on the 24th day of August, 2021 this document was filed using the Florida Courts E-Filing Portal.  This document is being served on all counsel of record by the Florida Courts E-Filing Portal, pursuant to and in compliance with Fla. R. Jud. Admin. 2.516. The mailing address for opposing counsel is: Christopher Barkas, Esquire and S. Kyle Weaver, Esquire, CARR ALLISON, 305 South Gadsen Street, Tallahassee, FL 32301. Email: cbarkas@carrallison.com; kweaver@carrallison.com; drodriguez@carrallison.com.


                                              _____

                                              **GREGORY W. LINEBERRY (FL Bar No. 181552)**
                                              **ALEXANDER D. NOBREGAS (FL Bar No. 1003676)**
                                              **RONALD E. SHOLES, P.A.**
                                              4981 Atlantic Boulevard
                                              Jacksonville, Florida 32207
                                              Ph: 904-309-7801 Fax: 904-721-7474
                                              Primary Email for Eservice:
                                              **RonSholesPA-Team1-Eservice@YouHurtWeFight.com**
                                              Attorneys for Plaintiff

Filing # 134989166 E-Filed 09/21/2021 12:01:25 PM

IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT
IN AND FOR ST. JOHNS COUNTY, FLORIDA

CASE NO:   CA-19-1841
DIVISION:   55

JAMES NEIL,

       Plaintiff,

v.

OWNERS INSURANCE COMPANY,
a Foreign Profit Corporation,

       Defendant.
_____/

### PLAINTIFF'S NOTICE OF SUBSTITUTION OF COUNSEL WITHIN LAW FIRM

Plaintiff, JAMES NEIL, by and through the undersigned attorney and pursuant to Florida Rules of Judicial Administration 2.505(e)(4), hereby gives notice that while the Law Offices of Ronald E. Sholes, P.A. is still representing Plaintiff in this action, attorney **Gregory W. Lineberry** replaces attorney **Marty Sitler** as counsel of record. The undersigned certifies that Plaintiff has been informed of and consents to this substitution. Accordingly, Plaintiff requests all motions, notices, and other pleadings filed or served in this cause be furnished to the undersigned at the below listed email designation.

       **Primary Email:** RonSholesPA-Team1-Eservice@youhurtwefight.com

       **Secondary Email:** Greg@youhurtwefight.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 21st day of September, 2021 this document was filed using the Florida Courts E-Filing Portal. This document is being served on all counsel of record by the Florida Courts E-Filing Portal, pursuant to and in compliance with Fla. R. Jud. Admin. 2.516. The mailing address for Defendant's counsel is: Natasha Jackson, Esquire, O'Hara Law Firm, 4811 Beach Boulevard, Suite 303, Jacksonville, Florida 32207, eservice@oharalawfirm.com.

*/s/ Gregory W. Lineberry*

**GREGORY W. LINEBERRY (FL Bar No. 181552)**
**ALEXANDER D. NOBREGAS (FL Bar No. 1003676)**
**RONALD E. SHOLES, P.A.**
4981 Atlantic Boulevard
Jacksonville, Florida 32207
Ph: 904-309-7801 Fax: 904-721-7474
Primary Email for Eservice:
**RonSholesPA-Team1-Eservice@YouHurtWeFight.com**
Attorneys for Plaintiff

Filing # 135031163 E-Filed 09/21/2021 04:31:14 PM

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA

CASE NO:   2017-CA-007425
DIVISION:   CV-A

WILLIAM POWELL,

      Plaintiff,

v.

TOMISHA SWANK,
PHILLIP HOWARD and
MAPFRE INSURANCE
COMPANY OF FLORIDA,

      Defendants.

_____/

## PLAINTIFF'S NOTICE OF SUBSTITUTION OF COUNSEL WITHIN LAW FIRM

Plaintiffs, WILLIAM POWELL, by and through the undersigned attorney and pursuant to Florida Rules of Judicial Administration 2.505(e)(4), hereby give notice that while the Law Offices of Ronald E. Sholes, P.A. is still representing Plaintiffs in this action, attorney **Gregory W. Lineberry** replaces attorneys **Martin Sitler** and **Nelson Sierra** as counsel of record. The undersigned certifies that Plaintiffs have been informed of and consent to this substitution. Accordingly, Plaintiffs request all motions, notices, and other pleadings filed or served in this cause be furnished to the undersigned at the below listed email designation.

Primary Email Address: RonSholesPA-Team1-Eservice@YouhurtWeFight.com

Secondary Email Address: Greg@YouHurtWeFight.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 21 day of September, 2021 this document was filed using the Florida Courts E-Filing Portal. This document is being served on all counsel of record by the Florida Courts E-Filing Portal, pursuant to and in compliance with Fla. R. Jud. Admin. 2.516.

*Counsel for Defendants,*
Law Office of Aurora D. Brown
Katherine M. Thompson,
200 West Forsyth Street, Suite 1020,
Jacksonville, FL 32202,
jaxgeico@geico.com;

Cole, Scott & Kissane, P.A.,
Robert E. O'Quinn, Jr., Esq.,
4686 Sunbeam Road,
Jacksonville, FL 32257


        //s// Gregory Lineberry
**GREGORY W. LINEBERRY (FL Bar No. 181552)**
**ALEXANDER D. NOBREGAS (FL Bar No. 1003676)**
**RONALD E. SHOLES, P.A.**
4981 Atlantic Boulevard
Jacksonville, Florida 32207
Ph: 904-309-7801 Fax: 904-721-7474
Primary Email for Eservice:
**RonSholesPA-Team1-Eservice@YouHurtWeFight.com**
Attorneys for Plaintiff

Filing # 133304818 E-Filed 08/24/2021 02:22:45 PM

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA

<table>
<tr><td></td><td>CASE NO:</td><td>16-2020-CA-005915</td></tr>
<tr><td></td><td>DIVISION:</td><td>CV-G</td></tr>
</table>

RONSHELL PROSSER, individually,
RONSHELL PROSSER, as natural parent and
guardian of M.S., a minor, and
RONSHELL PROSSER, as natural parent and
guardian of E.J., a minor,

       Plaintiff,

v.

KYARA NICOLE COLONEL and
PROGRESSIVE SELECT INSURANCE COMPANY,
a Foreign Profit Corporation,

       Defendants.

_____/

## PLAINTIFF'S NOTICE OF SUBSTITUTION OF COUNSEL WITHIN LAW FIRM

Plaintiff, RONSHELL PROSSER, individually, RONSHELL PROSSER, as natural parent and guardian of M.S., a minor, and RONSHELL PROSSER, as natural parent and guardian of E.J., a minor, by and through the undersigned attorney and pursuant to Florida Rules of Judicial Administration 2.505(e)(4), hereby gives notice that while the Law Offices of Ronald E. Sholes, P.A. is still representing Plaintiff in this action, attorney **Gregory W. Lineberry** replaces attorneys Maria R. D'Amico and Nicolas B. Iannucci as counsel of record. The undersigned certifies that Plaintiff has been informed of and consents to this substitution. Accordingly, Plaintiff requests all motions, notices, and other pleadings filed or served in this cause be furnished to the undersigned at the below listed email designation.

**Primary Email:** RonSholesPA-Team1-Eservice@youhurtwefight.com

**Secondary Email:** Greg@youhurtwefight.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 24th day of August, 2021 this document was filed using the Florida Courts E-Filing Portal. This document is being served on all counsel of record by the Florida Courts E-Filing Portal, pursuant to and in compliance with Fla. R. Jud. Admin. 2.516. The mailing address for opposing counsel is: Brittany Hulsey, Esquire, Law Office of Terryl Blackmon Walker, 901 N. Lake Destiny Rd., Suite 105, Maitland, FL 32751. Email: JaxHC@progressive.com; Brittany_R_Hulsey@progressive.com.

**GREGORY W. LINEBERRY (FL Bar No. 181552)**
**ALEXANDER D. NOBREGAS (FL Bar No. 1003676)**
**RONALD E. SHOLES, P.A.**
4981 Atlantic Boulevard
Jacksonville, Florida 32207
Ph: 904-309-7801 Fax: 904-721-7474
Primary Email for Eservice:
**RonSholesPA-Team1-Eservice@YouHurtWeFight.com**
Attorneys for Plaintiff

Filing # 135030837 E-Filed 09/21/2021 04:29:38 PM

## IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
## IN AND FOR DUVAL COUNTY, FLORIDA

CASE NO: 16-2017-CA-0000875
DIVISION: CV-H

EDWARD ALBERT RAMIREZ,

     Plaintiff,

v.

JAMES DENAM WARD and
WARDS VINYL SOFFITT & FASCIA, INC.,
a Florida Profit Corporation.

     Defendants.

_____/

## PLAINTIFF'S NOTICE OF SUBSTITUTION OF COUNSEL WITHIN LAW FIRM

     Plaintiffs, EDWARD ALBERT RAMIREZ, by and through the undersigned attorney and pursuant to Florida Rules of Judicial Administration 2.505(e)(4), hereby give notice that while the Law Offices of Ronald E. Sholes, P.A. is still representing Plaintiffs in this action, attorney **Gregory W. Lineberry** replaces attorneys **Martin Sitler, Jessica Lanifero** and **Nelson Sierra** as counsel of record. The undersigned certifies that Plaintiffs have been informed of and consent to this substitution. Accordingly, Plaintiffs request all motions, notices, and other pleadings filed or served in this cause be furnished to the undersigned at the below listed email designation.

     Primary Email Address: RonSholesPA-Team1-Eservice@YouhurtWefight.com

     Secondary Email Address: Greg@YouHurtWeFight.com

## CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that on the 21 day of September, 2021 this document was filed using the Florida Courts E-Filing Portal. This document is being served on all counsel of record by the Florida Courts E-Filing Portal, pursuant to and in compliance with Fla. R. Jud. Admin. 2.516.

_Counsel for Defendants,_
Cole, Scott & Kissane, P.A.,
Jennifer L. Watson, Esquire,
4686 Sunbeam Road,
Jacksonville, FL  32257
Jennifer.watson@csklegal.com


              _//s//_ Gregory Lineberry
**GREGORY W. LINEBERRY (FL Bar No. 181552)**
**ALEXANDER D. NOBREGAS (FL Bar No. 1003676)**
**RONALD E. SHOLES, P.A.**
4981 Atlantic Boulevard
Jacksonville, Florida 32207
Ph: 904-309-7801 Fax: 904-721-7474
Primary Email for Eservice:
**RonSholesPA-Team1-Eservice@YouHurtWeFight.com**
Attorneys for Plaintiff

Filing # 133322742 E-Filed 08/24/2021 04:05:27 PM

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA

CASE NO:    16-2019-CA-005090
DIVISION:   CV-D

MELBA RUSS,
as Personal Representative of
the Estate of MICHAEL RUSS,

      Plaintiff.

v.

CHRISTINE RILEY BOND,

      Defendant.

                              /

## PLAINTIFF'S NOTICE OF SUBSTITUTION OF COUNSEL WITHIN LAW FIRM

Plaintiff, MELBA RUSS as Personal Representative of the Estate of MICHAEL RUSS, by and through the undersigned attorney and pursuant to Florida Rules of Judicial Administration 2.505(e)(4), hereby give notice that while the Law Offices of Ronald E. Sholes, P.A. is still representing Plaintiffs in this action, attorney Gregory W. Lineberry replaces attorneys Maria D'Amico and Nicolas B. Iannucci as counsel of record. The undersigned certifies that Plaintiff has been informed of and consents to this substitution. Accordingly, Plaintiff requests all motions, notices, and other pleadings filed or served in this cause be furnished to the undersigned at the below listed email designation.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 24 day of August, 2021 this document was filed using the Florida Courts E-Filing Portal. This document is being served on all counsel of record by the Florida Courts E-Filing Portal, pursuant to and in compliance with Fla. R. Jud. Admin. 2.516.

*Counsel for Defendant, CHRISTINE RILEY BOND,*
Marshal Dennehey
Warner Coleman & Goggin, P.C.
/s/ Kathleen A. Carlson
James P. Hanratty
Florida Bar No. 95048
Primary E-Mail: jphanratty@mdwcg.com
Secondary E-Mail: hahildebrand@mdwcg.com
Kathleen A. Carlson
Florida Bar No. 111918
Primary Email: kacarlson@mdwcg.com
Secondary Email: crthomas@mdwcg.com
200 West Forsyth Street, Suite 1400
Jacksonville, FL 32202
Telephone: (904) 358-4200
Facsimile: (904) 355-0019
*Attorneys for Defendant Christine Riley Bond*

**GREGORY W. LINEBERRY (FL Bar No. 181552)**
**ALEXANDER D. NOBREGAS (FL Bar No. 1003676)**
**RONALD E. SHOLES, P.A.**
4981 Atlantic Boulevard
Jacksonville, Florida 32207
Ph: 904-309-7801 Fax: 904-721-7474
Primary Email for Eservice:
**RonSholesPA-Team1-Eservice@YouHurtWeFight.com**
Attorneys for Plaintiff

Filing # 133311098 E-Filed 08/24/2021 03:00:44 PM

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA

CASE NO:    16-2018-CA-6801
DIVISION:   CV-E

JOSHUA SEIFRIT and
DANELLE SEIFRIT,

      Plaintiffs,

v.

JAMES WILLIAMS and
TRAFFIC CONTROL PRODUCTS OF FLORIDA INC.,

      Defendant.

_____/

## PLAINTIFFS' NOTICE OF SUBSTITUTION OF COUNSEL WITHIN LAW FIRM

    Plaintiffs, JOSHUA SEIFRIT and DANELLE SEIFRIT, by and through the undersigned attorney and pursuant to Florida Rules of Judicial Administration 2.505(e)(4), hereby give notice that while the Law Offices of Ronald E. Sholes, P.A. is still representing Plaintiffs in this action, attorney **Gregory W. Lineberry** replaces attorneys Maria R. D'Amico and Nicolas B. Iannucci as counsel of record. The undersigned certifies that Plaintiffs have been informed of and consent to this substitution. Accordingly, Plaintiffs request all motions, notices, and other pleadings filed or served in this cause be furnished to the undersigned at the below listed email designation.

    **Primary Email:** RonSholesPA-Team1-Eservice@youhurtwefight.com

    **Secondary Email:** Greg@youhurtwefight.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 24th day of August, 2021 this document was filed using the Florida Courts E-Filing Portal. This document is being served on all counsel of record by the Florida Courts E-Filing Portal, pursuant to and in compliance with Fla. R. Jud. Admin. 2.516. The mailing address for opposing counsel is: Jeffrey Kirsheman, Esquire, Fisher Rushmer, P.A., 390 North Orange Avenue, Suite 2200, P. O. Box 3753, Orlando, FL 32802. Email: jkirsheman@fisherlawfirm.com; mmontanez@fisherlaw.com.

**GREGORY W. LINEBERRY (FL Bar No. 181552)**
**ALEXANDER D. NOBREGAS (FL Bar No. 1003676)**
**RONALD E. SHOLES, P.A.**
4981 Atlantic Boulevard
Jacksonville, Florida 32207
Ph: 904-309-7801 Fax: 904-721-7474
Primary Email for Eservice:
**RonSholesPA-Team1-Eservice@YouHurtWeFight.com**
Attorneys for Plaintiff

Filing # 134989403 E-Filed 09/21/2021 12:02:56 PM

IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT,
IN AND FOR PUTNAM COUNTY, FLORIDA.

CASE NO:   2017-CA-350
DIVISION:   53

WILLIAM SHORT,

     Plaintiff,

v.

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY
and ALLSTATE INSURANCE COMPANY,

     Defendants.

_____/

## PLAINTIFF'S NOTICE OF SUBSTITUTION OF COUNSEL WITHIN LAW FIRM

     Plaintiff, WILLIAM SHORT, by and through the undersigned attorney and pursuant to Florida Rules of Judicial Administration 2.505(e)(4), hereby gives notice that while the Law Offices of Ronald E. Sholes, P.A. is still representing Plaintiff in this action, attorney **Gregory W. Lineberry** replaces attorney **Marty Sitler** as counsel of record. The undersigned certifies that Plaintiff has been informed of and consents to this substitution. Accordingly, Plaintiff requests all motions, notices, and other pleadings filed or served in this cause be furnished to the undersigned at the below listed email designation.

     **Primary Email:** RonSholesPA-Team1-Eservice@youhurtwefight.com

     **Secondary Email:** Greg@youhurtwefight.com

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on the 21st day of September, 2021 this document was filed and served on all counsel of record by the Florida Courts E-Filing Portal, pursuant to and in compliance with Fla. R. Jud. Admin. 2.516. The mailing address for opposing counsel is: Amber B. Davids, Esq., Virgil W. Wright, Esq., Rebecca Wagner, Esq., and William H. Seitz, Esq. of Cameron, Hodges, Coleman, LaPoint & Wright, P.A., 120 So. Palmetto Ave., Daytona Beach, FL 32114. ServiceJP@cameron hodges2.com.

*/s/ Gregory W. Lineberry*

**GREGORY W. LINEBERRY (FL Bar No. 181552)**
**ALEXANDER D. NOBREGAS (FL Bar No. 1003676)**
**RONALD E. SHOLES, P.A.**
4981 Atlantic Boulevard
Jacksonville, Florida 32207
Ph: 904-309-7801 Fax: 904-721-7474
Primary Email for Eservice:
**RonSholesPA-Team1-Eservice@YouHurtWeFight.com**
Attorneys for Plaintiff

Filing # 133425384 E-Filed 08/25/2021 05:11:10 PM

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA

CASE NO:   16-2017-CA-005154
DIVISION:   CV-F

TERRENCE SMITH,

       Plaintiff,

v.

JIAN LIN YOU,

       Defendant.

_____/

## PLAINTIFF'S NOTICE OF SUBSTITUTION OF COUNSEL WITHIN LAW FIRM

Plaintiff, TERRENCE SMITH, by and through the undersigned attorney and pursuant to Florida Rules of Judicial Administration 2.505(e)(4), hereby gives notice that while the Law Offices of Ronald E. Sholes, P.A. is still representing Plaintiff in this action, attorney **Gregory W. Lineberry** replaces attorneys Maria R. D'Amico and Nicolas B. Iannucci as counsel of record. The undersigned certifies that Plaintiff has been informed of and consents to this substitution. Accordingly, Plaintiff requests all motions, notices, and other pleadings filed or served in this cause be furnished to the undersigned at the below listed email designation.

**Primary Email:** RonSholesPA-Team1-Eservice@youhurtwefight.com

**Secondary Email:** Greg@youhurtwefight.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 25th day of August, 2021 this document was filed using the Florida Courts E-Filing Portal. This document is being served on all counsel of record by the Florida Courts E-Filing Portal, pursuant to and in compliance with Fla. R. Jud. Admin. 2.516. The mailing address for opposing counsel is Catherine Crawley, Esquire, Wicker Smith O'Hara McCoy & Ford, P.A., 50 N. Laura Street, Suite 2700, Jacksonville, FL 32202. Email: JAXcrtpleadings@wickersmith.com.

**GREGORY W. LINEBERRY (FL Bar No. 181552)**
**ALEXANDER D. NOBREGAS (FL Bar No. 1003676)**
**RONALD E. SHOLES, P.A.**
4981 Atlantic Boulevard
Jacksonville, Florida 32207
Ph: 904-309-7801 Fax: 904-721-7474
Primary Email for Eservice:
**RonSholesPA-Team1-Eservice@YouHurtWeFight.com**

Filing # 133323042 E-Filed 08/24/2021 04:07:09 PM

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA

CASE NO:   16-2021-CA-002664
DIVISION:   CV-D

KEVIN STODDARD,

      Plaintiff,

v.

JOHN AMBROSE and
BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.,
a Foreign Profit Corporation,

      Defendant.

_____/

## PLAINTIFF'S NOTICE OF SUBSTITUTION OF COUNSEL WITHIN LAW FIRM

      Plaintiff, KEVIN STODDARD, by and through the undersigned attorney and pursuant to Florida Rules of Judicial Administration 2.505(e)(4), hereby gives notice that while the Law Offices of Ronald E. Sholes, P.A. is still representing Plaintiff in this action, attorney **Gregory W. Lineberry** replaces attorneys Maria R. D'Amico and Nicolas B. Iannucci as counsel of record. The undersigned certifies that Plaintiff has been informed of and consents to this substitution. Accordingly, Plaintiff requests all motions, notices, and other pleadings filed or served in this cause be furnished to the undersigned at the below listed email designation.

      **Primary Email:** RonSholesPA-Team1-Eservice@youhurtwefight.com

      **Secondary Email:** Greg@youhurtwefight.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 24th day of August, 2021 this document was filed using the Florida Courts E-Filing Portal. This document is being served on all counsel of record by the Florida Courts E-Filing Portal, pursuant to and in compliance with Fla. R. Jud. Admin. 2.516.

*Counsel for Defendant's, JOHN AMBROSE and*
*BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.,*
*a Foreign Profit Corporation,*
James P. Hanratty, Marshall,
Dennehey, Warner,
Coleman & Goggin,
P.C., 200 West Forsyth St., Suite 1400,
Jacksonville, FL 32202

**GREGORY W. LINEBERRY (FL Bar No. 181552)**
**ALEXANDER D. NOBREGAS (FL Bar No. 1003676)**
**RONALD E. SHOLES, P.A.**
4981 Atlantic Boulevard
Jacksonville, Florida 32207
Ph: 904-309-7801 Fax: 904-721-7474
Primary Email for Eservice:
**RonSholesPA-Team1-Eservice@YouHurtWeFight.com**
Attorneys for Plaintiff

Plaintiff

Filing # 132061307 E-Filed 08/04/2021 05:25:11 PM

IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT
IN AND FOR ST JOHNS COUNTY, FLORIDA

CASE NO:   CA20-0391
DIVISION:   55

KISHA SWINTON,

      Plaintiff,

v.

CLAYTON EDENFIELD, and
KCE INC.,

      Defendant.

_____/

## PLAINTIFF'S NOTICE OF SUBSTITUTION OF COUNSEL WITHIN LAW FIRM

Plaintiff, KISHA SWINTON, by and through the undersigned attorney and pursuant to Florida Rules of Judicial Administration 2.505(e)(4), hereby gives notice that while the Law Offices of Ronald E. Sholes, P.A. is still representing the Plaintiff in this action, attorney Gregory W. Lineberry replaces attorney Kelli Pruner as counsel of record and attorney Kelli Pruner should be removed as counsel of record. The undersigned certifies that Plaintiff KISHA SWINTON has been informed of and consents to this substitution. Accordingly, Plaintiff requests all motions, notices, and other pleadings filed or served in this cause be furnished to the undersigned at the below listed email designation.

**Primary Email for Service: RonSholesPA-Team1-Eservice@YouHurtWeFight.com**
**Secondary Email: Greg@youhurtwefight.com**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 4th day of August 2021 this document was filed and served on all counsel of record by the Florida Courts E-Filing Portal, pursuant to and in compliance with Fla. R. Jud. Admin. 2.516. The address for opposing counsel is: Jeffrey Sneed, Esquire, The Law Offices of Amy L. Warpinski, P.O. Box 7217, London, KY. jeffrey.sneed@libertymutual.com; JacksonvilleLegalMail@LibertyMutual.com.

GREGORY W. LINEBERRY (FL Bar No. 181552)
ALEXANDER D. NOBREGAS (FL Bar No. 1003676)
MICAH E. NIHART (FL Bar No. 1024724)
RONALD E. SHOLES, P.A.
4981 Atlantic Boulevard
Jacksonville, Florida 32207
Ph: 904-309-7801 Fax: 904-721-7474
Primary Email for Eservice:
RonSholesPA-Team1-Eservice@YouHurtWeFight.com
Attorneys for Plaintiff

Filing # 135024663 E-Filed 09/21/2021 03:54:43 PM

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT,
IN AND FOR DUVAL COUNTY, FLORIDA

CASE NO:   16-2018-CA-007498
DIVISION:   CV-F

ROBERT MICHAEL THOMPSON, JR.,

      Plaintiff,

v.

ARTHUR GLEN TEDTAOTAO CASTRO,
an individual, and
ALL LINES EXPRESS INC.,
a Florida Profit Corporation,

      Defendants.
_____/

## PLAINTIFF'S NOTICE OF SUBSTITUTION OF COUNSEL WITHIN LAW FIRM

Plaintiff, ROBERT MICHAEL THOMPSON, JR., by and through the undersigned attorney and pursuant to Florida Rules of Judicial Administration 2.505(e)(4), hereby gives notice that while the Law Offices of Ronald E. Sholes, P.A. is still representing Plaintiff in this action, attorney **Gregory W. Lineberry** replaces attorney **Marty Sitler** as counsel of record. The undersigned certifies that Plaintiff has been informed of and consents to this substitution. Accordingly, Plaintiff requests all motions, notices, and other pleadings filed or served in this cause be furnished to the undersigned at the below listed email designation.

**Primary Email:** RonSholesPA-Team1-Eservice@youhurtwefight.com

**Secondary Email:** Greg@youhurtwefight.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 21st day of September, 2021 this document was filed using the Florida Courts E-Filing Portal. This document is being served on all counsel of record by the Florida Courts E-Filing Portal, pursuant to and in compliance with Fla. R. Jud. Admin. 2.516. The mailing address for Defendant's counsel is: Samantha S. Loveland, Esquire, Mintzer, Sarowitz, Zeris, Ledva & Meyers, LLP, 6100 Greenland Road, Suite 601, Jacksonville, Florida 32258, sloveland@defensecounsel.com.

*/s/Gregory W. Lineberry*

**GREGORY W. LINEBERRY (FL Bar No. 181552)**
**ALEXANDER D. NOBREGAS (FL Bar No. 1003676)**
**RONALD E. SHOLES, P.A.**
4981 Atlantic Boulevard
Jacksonville, Florida 32207
Ph: 904-309-7801 Fax: 904-721-7474
Primary Email for Eservice:
**RonSholesPA-Team1-Eservice@YouHurtWeFight.com**
Attorneys for Plaintiff

Filing # 134990039 E-Filed 09/21/2021 12:07:04 PM

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT,
IN AND FOR CLAY COUNTY, FLORIDA

CASE NO:    2017-CA- 559
DIVISION:    CV-E

JOHN WATSON, and
MARYANN WATSON, his wife

      Plaintiff,

v.

PATRICIA MUNSON,

      Defendant.

_____/

## PLAINTIFFS' NOTICE OF SUBSTITUTION OF COUNSEL WITHIN LAW FIRM

Plaintiffs, JOHN WATSON, and MARYANN WATSON, his wife, by and through the undersigned attorney and pursuant to Florida Rules of Judicial Administration 2.505(e)(4), hereby give notice that while the Law Offices of Ronald E. Sholes, P.A. is still representing Plaintiffs in this action, attorney **Gregory W. Lineberry** replaces attorney **Marty Sitler** as counsel of record. The undersigned certifies that Plaintiffs have been informed of and consent to this substitution. Accordingly, Plaintiffs request all motions, notices, and other pleadings filed or served in this cause be furnished to the undersigned at the below listed email designation.

      **Primary Email:** RonSholesPA-Team1-Eservice@youhurtwefight.com

      **Secondary Email:** Greg@youhurtwefight.com

## CERTIFICATE OF SERVICE

**I HEREBY CE**         that on the 21ˢᵗ day of September, 2021 this document was filed

and is being served on all counsel of record by the Florida Courts E-Filing Portal, pursuant to an

in compliance with Fla. R. Jud. Admin. 2.516.

*Counsel for Defendants,*
Dennis P. Dore, Esquire
Sam D. Smart, Esquir
Dutton Law Group
1054 Kings Avenue
Jacksonville, FL 32207
ddore@duttonlawgroup.com
ssmart@dutonlawgroup.com
service.dpd@du

/s/Gregory W. Lineberr

**GREGORY W. LINEBERRY (FL Bar No. 181552)**
**ALEXANDER D. NOBREGAS (FL Bar No. 1003676)**
**RONALD E. SHOLES, P.**
4981 Atlantic Boulevard
Jacksonville, Florida 3220
Ph: 904-309-7801 Fax: 904-721-74
Primary Email for Eservice:
**RonSholesPA-Team1-Eservice@YouHurtWeFight.co**
Attorneys for Plaintiff