# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

CARLY A. VOLP, as personal
representative of the estate of
KYLE ROBERT VOLP,

        Plaintiff,

v.                                                            Case No. 3:18-cv-689-TJC-JRK

ANDREW TILLMAN SASSER,
as an individual,
NASSAU COUNTY SHERIFF'S
OFFICE [Bill Leeper in his capacity
as Sheriff of Nassau County, Florida],

        Defendants.

_____

# O R D E R

Upon review, it is hereby

**ORDERED**:

1.     Plaintiff's Unopposed Motion to Continue Trial (Doc. 132) is

**GRANTED**.   The February 3, 2022 final pretrial telephone conference and

February 22, 2022 trial settings are **VACATED** to be reset by further order.

2.     In light of the filing of the amended complaint in the related

insurance coverage case and the parties' desire for more time to evaluate its

impact on this case, the Court will **administratively close** this file.   No later

than **January 31, 2022** the parties shall confer and file a joint status report

which shall include a proposed date for trial.

      **DONE AND ORDERED** in Jacksonville, Florida this 10th day of November, 2021.



TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:
Counsel of record