UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.:  3:18-cv-689-J-32JRK

**CARLY A. VOLP, as Personal
Representative of the Estate of
KYLE ROBERT VOLP,**

      **Plaintiff,**

v.

**ANDREW WILLIAM SASSER, as an individual,
NASSAU COUNTY SHERIFF'S OFFICE
[Bill Leeper, in his capacity as Sheriff
of Nassau County, Florida],**

      **Defendants.**
_____/

## JOINT STATUS REPORT

The parties have conferred and agreed that they can be ready for trial by October 10, 2022, as instructed by this Court's Order of November 10, 2021.

Respectfully submitted this **28th** day of January, 2022.

| | |
|---|---|
| /s/ *Gregory W. Lineberry* | /s/ *Joe Longfellow* |
| Gregory W. Lineberry, Esquire | Joe Longfellow, III, Esquire |
| Florida Bar No.: 181552 | Florida Bar No.: 62225 |
| Alexander D. Nobregas, Esquire | Ramsey Revell, Esquire |
| Florida Bar No.: 1003676 | Florida Bar No.: 115369 |
| Ronald E. Sholes, P.A. | Andrews, Crabtree, Knox & Longfellow |
| 4981 Atlantic Boulevard | 1558-1 Village Square Boulevard |
| Jacksonville, Florida  32207 | Tallahassee, Florida  32309 |
| (904) 309-7801 (Telephone) | (850) 297-0090 (Telephone) |
| (904) 721-7474 (Facsimile) | (850) 297-0219 (Facsimile) |
| RonSholesPA-Team1-eservice@youhurtwefight.com | rrevell@andrewscrabtree.com |
| *Attorneys for Plaintiff* | jlongfellow@andrewstcrabtree.com |
| | junter@andrewscrabtree.com |
| | mwise@andrewscrabtree.com |
| | *Attorneys for Defendant, NCSO* |

/s/ *John Merrett*
John Merrett, Esquire
Florida Bar No.: 0742848
1022 Park Street, Suite 201A
Jacksonville, Florida  32204
(904) 891-5740 (Telephone)
johnmerrett@comcast.net
*Attorneys for Defendant, Sasser*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 28, 2022, a true and correct copy of the foregoing was electronically filed in the U.S. District Court, Middle District of Florida, Jacksonville Division, by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ *Gregory W. Lineberry*
**GREGORY W. LINEBERRY**