UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CARLY A. VOLP, as Personal
Representative of the Estate of
KYLE ROBERT VOLP,

    Plaintiff,

vs.                                          CASE NO.: 3:18-cv-689-J-32JRK

ANDREW WILLIAM SASSER, as
an individual and NASSAU
COUNTY SHERIFF'S OFFICE, [Bill
Leeper, in his capacity as Sheriff of
Nassau County, Florida],

    Defendants.
_____/

## DEFENDANT NCSO'S NOTICE OF
## POTENTIAL TRIAL CONFLICT WITH TRIAL DATE

    Defendant, Bill Leeper, in his capacity as Sheriff of Nassau County, Florida ("NCSO") and his counsel, Ramsey Revell and Joe Longfellow, III, give notice to the Court of a potential trial conflict within the November 2022 trial term projected in the Endorsed Order directing the Clerk to open the file and reactivate the pending motions [Doc 135], served upon all counsel on June 6, 2022. Counsel, Ramsey Revell, for NCSO has a trial set in *Mary Jean Gallagher v. Philip D. Westbrook, Director and as Trustee for Hayden Investments, Inc., a dissolved corporation, and/or Sunshine Restaurant Partners GP, LLC., and/or Sunshine Restaurant*

*Holdings, LLC., and/or Sunshine Restaurant Partners LP, and/or Sunshine Restaurant Merger Sub, LLC., and/or Sunshine Restaurant Partners, LLC., and/or Dineequity, Inc., d/b/a International House of Pancakes, John Doe and Jane Doe*, pending in the Fourteenth Circuit Court, in and for Bay County, Case No.: 2015-CA-0091. The trial is set before the Honorable William S. Henry on a 1-week docket beginning November 14, 2022.

The undersigned counsel would request this Court take notice of the potential trial conflict with the November 2022 trial term and set the trial for a date wherein neither the Court nor the parties have trial conflicts with the trial date. Counsel for Defendant, NCSO, is willing to provide the Court with a list of their trial dates for the 2022-2023 calendar years if requested.

WHEREFORE, Defendant, NCSO, and their counsel respectfully request this Court enter an order setting the trial for a date wherein neither the Court nor the parties have trial conflicts and grant any other relief this Court deems just and proper.

## CERTIFICATE OF COMPLIANCE

The undersigned certifies that he has complied with N.D. Fla. Loc. R. 5.1 and 7.1. There are 500 words and the font is in Times New Roman 14.

Dated this 7th day of June 2022.

ANDREWS, CRABTREE, KNOX & LONGFELLOW, LLP

/s/    *Ramsey Revell*
Joe Longfellow, III (FL Bar #62225)
Ramsey Revell (FL Bar #115369)
1558-1 Village Square Boulevard
Tallahassee, Florida 32309
(850) 297-0090; Fax (850) 297-0219
jlongfellow@andrewscrabtree.com
rrevell@andrewscrabtree.com
jhunter@andrewscrabtree.com
cforjet@andrewscrabtree.com
hking@andrewscrabtree.com
*Attorney for Sheriff Bill Leeper*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been electronically filed and a true and correct copy of the foregoing has been furnished via CM/ECF this 7th day of June 2022 to:

| | |
|---|---|
| Gregory W. Lineberry, Esquire<br>Alexander D. Nobregas, Esquire<br>Jonathon J. Carter, Esquire<br>Ronald E. Sholes, P.A.<br>4981 Atlantic Boulevard<br>Jacksonville, Florida 32207<br>greg@youhurtwefight.com<br>alex.nobregas@youhurtwefight.com<br>jonathon@youhurtwefight.com<br>ronsholespa-team1-eservice@youhurtwefight.com<br>*Attorneys for Plaintiff* | John Merrett, Esquire<br>John Merrett Attorney at Law<br>1022 Park Street, Suite 201A<br>Jacksonville, Florida 32204<br>johnmerrett@comcast.net<br>*Attorney for Andrew Sasser* |

                                                                     */s/    Ramsey Revell*
                                                                     Ramsey Revell